IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO      DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal.  Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   Cause No. 2017CI17009; Tammy Kimani v. Wal-Mart Stores Texas, LLC.; In the 438th Judicial District Court, Bexar County, Texas

2. Was jury demand made in State Court?    Yes [X]     No [ ]

   If yes, by which party and on what date?

   Defendant                                                                  October 16, 2017
   Party Name                                                                 Date

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   ATTORNEYS FOR PLAINTIFF, TAMMY KIMANI
   John Arthur Daspit and Robert Lee
   DASPIT LAW FIRM
   440 Louisiana Street, Suite 1400, Houston, Texas 77002
   T: 713.588.0383  F: 713.587.9086
   E: e-service@daspitlaw.com

   ATTORNEYS FOR DEFENDANT
   Paul Garcia, Krishna Reddy & Martina Meritz
   PAUL GARCIA & ASSOCIATES
   1901 NW Military Hwy, Suite 218
   San Antonio, Texas 78213
   T: (210) 340-1818  F: (210) 340-4073
   E: service@pgtxlaw.com

TXWD - Supplement to JS 44 (Rev. 10/2004)

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   None

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   None

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   None

**VERIFICATION:**

| Paul Garcia | February 2, 2018 |
|---|---|
| Attorney for Removing Party | Date |

Defendant
Party/Parties

TXWD - Supplement to JS 44 (Rev. 10/2004)