IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TAMMY KIMANI | § | |
| Plaintiff | § | |
| | § | |
| V. | § | CIVIL ACTION NO: 5:18-cv-00112 |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | |
| Defendant | § | |

**PLAINTIFF'S MOTION TO NON-SUIT WITH PREJUDICE**

COMES NOW, Plaintiff Tammy Kimani ("Plaintiff") in the above-entitled and numbered cause and files this Motion to Non-Suit With Prejudice as the parties have reached a settlement agreement.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays the Court non-suit this cause of action with prejudice against Defendant and that cost of court be taxed against party incurring same.

Respectfully submitted,

**DASPIT LAW FIRM**

*/s/ Matthew Menter*
Matthew G. Menter
Federal Bar No. 3257762
Texas Bar No. 34106300
440 Louisiana St., Suite 1400
Houston, Texas 77002
Telephone: (713) 588-0383
Facsimile: (713) 587-9086
Email: e-service@daspitlaw.com

**ATTORNEYS FOR PLAINTIFF**