FILED
DEC 13 2018
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TAMMY KIMANI<br>Plaintiff | § § § | |
| V. | § | CIVIL ACTION NO: 5:18-cv-00112 |
| WAL-MART STORES TEXAS, LLC<br>Defendant | § § § § | |

## ORDER GRANTING PLAINTIFF'S NONSUIT WITH PREJUDICE

On this day, the Court was presented with Plaintiff TAMMY KIMANI'S Notice of Nonsuit with Prejudice of her claims against Defendant WAL-MART STORES TEXAS, LLC.

The Court has been advised that Plaintiff desires to nonsuit all of her claims against Defendant WAL-MART STORES TEXAS, LLC, with prejudice.

The Court hereby acknowledges Plaintiff's nonsuit.

IT IS HEREBY ORDERED that all claims by Plaintiff against Defendant, WAL-MART STORES TEXAS, LLC, are hereby dismissed with prejudice. All costs of suit are to be borne by the party incurring same.

Signed this 13 day of December, 2018.

_____
Honorable Judge